**BENJAMIN HAILE**, OSB #04066
ben@portlandlawcollective.com
Portland Law Collective, LLP
1130 SW Morrison St, Suite 407
Portland, OR 97205
503-228-1889 tel.
503-223-4518 fax.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>CAROLE CRANE,<br><br>             Defendant. | Case No: 06-CR-0469-BR<br><br>STIPULATED PROTECTIVE ORDER |

## STIPULATED PROTECTIVE ORDER

### INTRODUCTION

The Court has scheduled a restitution hearing for October 31, 2011 at 10:00 am. The Court and the parties have agreed upon a notice of the hearing to be sent to all beneficiaries of restitution. The parties have agreed that Benjamin Haile, attorney a law, will mail the notices to all restitution beneficiaries. For the limited purpose of providing Mr. Haile with addresses of restitution beneficiaries so that he can mail the notice to them, the parties ask the court to enter this stipulated protective order.

The afore mentioned notice is being provided at the Court's direction to keep the restitution beneficiaries informed of proceedings that may affect their interests.

1 – STIPULATED PROTECTIVE ORDER

## ORDER

1. The addresses of all persons entitled to restitution in the above-captioned case shall be released to Benjamin Haile, attorney at law.

2. Mr. Haile will use these addresses ONLY for the purpose of mailing a court approved notice to the restitution beneficiaries.

3. Mr. Haile will NOT disclose the addresses to his client, Carole Crane.

4. Upon the conclusion of this matter, Mr. Haile will destroy his records of the addresses of the restitution beneficiaries.

5. This Protective Order shall remain in effect until terminated or modified by order of this Court upon good cause being shown.

The parties stipulate to the foregoing,

/s/ Benjamin Haile
_____        DATED: September 2, 2011.
BENJAMIN HAILE
Attorney for Plaintiff


/s/
_____        DATED: September ___, 2011.
CLAIRE FAY
Attorney for the Defendant

---

THIS STIPULATED ORDER IS APPROVED.

DATED this 7th day of September, 2011.

_____
ANNA BROWN
DISTRICT COURT JUDGE

2 – STIPULATED PROTECTIVE ORDER